1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONZO L. GILLINS,<br><br>　　　　　　　Plaintiff,<br>　vs.<br><br>SWIFT TRANSPORTATION, INC.,<br><br>　　　　　　　Defendant. | CASE NO. 07cv1942 BTM (POR)<br><br>**ORDER GRANTING SUPPLEMENTAL MOTION TO DISMISS WITH PREJUDICE** |

　　　　On September 22, 2008, the Court granted Defendant's motion to dismiss without prejudice. The Court granted Plaintiff leave to amend his complaint by October 9, 2008 to allege any acts of discrimination by Defendant that were not barred by Plaintiff's failure to file a timely charge with the EEOC. The Court also instructed Plaintiff that he could amend his complaint to allege facts establishing that the timely filing requirement was tolled or waived.

　　　　Plaintiff failed to amend his complaint by the Court's October 9, 2008 deadline. Defendant filed a Supplement Motion to Dismiss with Prejudice on October 10, 2008. On December 15, 2008, Plaintiff filed Opposition to Defendant's Motion to Dismiss with Prejudice. The Court is not able to decipher from Plaintiff's Opposition any additional acts of discrimination not barred by his failure to file a timely charge with the EEOC, nor any facts establishing that the timely filing requirement was tolled or waived.

///

///

Therefore, the Court **GRANTS** Defendant's Motion to Dismiss with Prejudice. The Clerk of Court is directed to enter judgment in favor of Defendant.

**IT IS SO ORDERED.**

DATED:  December 22, 2008

Honorable Barry Ted Moskowitz
United States District Judge